## ULLNER *v.* OHIO.

No. 426.   Decided December 8, 1958.

*Robert P. Goldman* for appellant.

*Morton B. Icove* filed a brief for the Ohio Civil Liberties Union et al., as *amici curiae,* in support of jurisdiction.

Per Curiam.

The appeal is dismissed for want of a substantial federal question.

Mr. Justice Frankfurter and Mr. Justice Stewart took no part in the consideration or decision of this case.

## VAN NEWKIRK *v.* McNEILL, SUPERINTENDENT, MATTEAWAN STATE HOSPITAL.

No. 258, Misc.   Decided December 8, 1958.

Per Curiam.

The appeal is dismissed.

Mr. Justice Frankfurter took no part in the consideration or decision of this case.